# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 24-1355, 24-1356, 24-1357

Aisha Bradley

(U.S. District Court No.: 2-24-cv-00015, 2-24-cv-00116, 2-24-cv-00269)

## ORDER

It is hereby ORDERED that the above matter is dismissed pursuant to Fed. R. App. P. 42(b).

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 06, 2024

kr/cc:  Ms. Aisha Asha Bradley
        Philadelphia Law Department
        Mr. George V. Wylesol, Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk